

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

One St. Andrew's Plaza
New York, New York 10007

October 20, 2022

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States* v. *Taj Everly, 22 Cr. 550*

Dear Judge McCarthy:

The Government respectfully requests that the indictment in the above-referenced case be unsealed.

Respectfully submitted,

Lindsey Keenan
United States Attorney

by: _____
Lindsey Keenan
Assistant United States Attorney
(212) 637-1565

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

10-20-2022