UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                    **MEMORANDUM**

    -against-                                 22 Cr. 550 (NSR)

TAJ EVERLY,

                      Defendant.
------------------------------------------------------------X

TO:  Nelson S. Román, United States District Judge:

        Please find attached a transcript of the April 27, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 12, 2023
       White Plains, New York

                                            Respectfully Submitted,

                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge